NO FEE

```
FILED
CLERK, U.S. DISTRICT COURT
JAN 15 2020
CENTRAL DISTRICT OF CALIFORNIA
BY:_____ DEPUTY
```

Michael A. Slawson
5 Broken Bow Ln.
Rolling Hills Estates, CA 90274
E-mail: michaelslawsonlawsuit@gmail.com
Tel: (310) 648-0464

# UNITED STATES COURT
## CENTRAL DISTRICT OF CALIFORNIA

2:20-CR-00030-DSF

People of the State of California, ) Docket No._____
County of Los Angeles )
) **Removal of Criminal**
v. ) **Prosecution Pursuant to**
) **28 U.S.C. §§ 1455 and 1443**
Michael A. Slawson, )
Case No. SA101044, (7/31/2019) )
)

<u>Action Requested and Grounds of Such Removal</u>

1. This action is brought by myself, *pro so*, Michael A. Slawson [DOB: 01/25/1990] as I have been charged by the Culver City Police Department and am being prosecuted by the Los Angeles County District Attorney's Office, case #SA101044 in Superior Court of California, County of Los Angeles, Airport Courthouse, with a criminal violation of section 422(a) of the California Penal

Code- Criminal Threats, prosecuted as a felony in July of 2019 which was reduced to a misdemeanor on 1/14/2020. I seek to remove this case to the United States Court, pursuant to 28 U.S.C. § 1455 - Procedure for removal of criminal prosecutions, under the qualification to remove to the district court of the United States pursuant to 28 U.S.C. § 1443, subsection (1), which states:

> " Any of the following civil actions or criminal prosecutions, commenced in a State court may be removed by the defendant to the district court of the United States for the district and division embracing the place wherein it is pending:
>
> (1)
>
> Against any person who is denied or cannot enforce in the courts of such State a right under any law providing for the equal civil rights of citizens of the United States, or of all persons within the jurisdiction thereof; "

2. As described above in the referenced legislation, I am denied and cannot enforce the right to free speech in the State court wherein this case is being prosecuted, as the Los Angeles County District Attorney's Office is acting in direct conflict with such constitutional right. The conduct claimed in the criminal prosecution are within the confines of constitutionally protected speech and do not amount to any criminal act.

3. The case against me presents infringement of my first amendment right to free speech; free speech issues inherently raise federal question pertaining to the constitution and are within the jurisdiction of the United Stated States Court. This action matter will most effectively be adjudicated at the federal level. All parties, as well as the actions in question of the criminal case, are/were all located in the geographical jurisdiction of the Central District of California.

4. The Los Angeles Superior Court, Airport Courthouse, Department 31, has provided an inadequate due process, infringing upon my right to present affirmative defenses, and has set a trial date and moved the case from Judge Yvette Verastegui's courtroom in Department 31 to a trial courtroom in Department 72. I have had no opportunity to cross-examine the witness, Morgan Drew, who testified on January 14, 2020 in a preliminary hearing. I wished to present a motion to dismiss, and elaborate to the judge why there exists no probable cause for this charge and no facts needed to be tried, as the claims by the prosecution and the witness Morgan Drew (who claims to be a victim to a criminal threat) contains no verbiage or other communication which constitute a charge or conviction for criminal threats, section 422 PC (a), as the claims lack the elements of a threat of death or great bodily harm, contain no immediate or specific threat of violence, and do not contain a threat of any manner; the purpose of the phone call in question was to acquire the names of the persons working at the store who were involved in

1  a violent act against me months before, and to speak to management to
2  communicate that I intended to file civil action and would consider alternate
3  compensation at that time.
4     5. The Los Angeles County District Attorney's Office has a well established
5  history, in near present times, of acting in blatant violation and infringement of free
6  speech rights, choosing to prosecute criminal threats cases with insufficient
7  evidence, often utilizing misleading and generally dishonest tactics to acquire
8  convictions or guilty pleas for behavior which is protected under the first
9  amendment and is not criminal in nature.
10    6. The Los Angeles County Superior Court has violated my constitutional
11 rights in a pseudo-judicial process of their Mental Health Court, which incorrectly
12 and by error denied my writ of habeus corpus while being held involuntarily in an
13 LA County Hospital for mental health evaluation, and then releasing me later that
14 day determining on record that I have no diagnosable mental illness; their court
15 still submitted proceeding as to falsely imply that an adjudication of mental
16 defectiveness had been delivered. They have also provided frivolous and partial,
17 biased decisions in civil restraining order actions initiated by Derek Scharlin of the
18 Culver City Police Department, against me, in which orders were granted with
19 insufficient facts and did deprive me of my right to keep and bear arms, as
20 provided by the second amendment to the United States Constitution. This criminal

prosecution for 'Criminal Threats' is a continued attack on my constitutional rights amongst other actions leveraged against me by Derek Scharlin of Culver City PD, the Los Angeles County District Attorney's Office, Los Angeles County Sheriff's Department, and the Culver City Police Department. Civil action claims for deprivation of rights and conspiracy to deprive of rights are currently being constructed and will soon be filed in the United States District Court against Derek Scharlin, the Culver City Police Department, and Los Angeles County for the malicious prosecution and violation of my constitutional rights.

7. As 28 U.S.C. § 1455 (b) (1) specifies regarding timing of removal of criminal prosecutions from state court to district court of the United States, the trial in state court has not yet commenced, and although 30 days have passed since arraignment (8/29/2019), there exists good cause to grant leave to file the motion at this time as the issues presented have not been evident or able to be discovered, and did not occur in entirety until 1/14/2020 at a preliminary hearing. This motion is filed before the trial has commenced.

Signed, under penalty of perjury that the foregoing is an accurate representation of facts and beliefs, by Plaintiff:

*/s/ M. Slawson*

MICHAEL A. SLAWSON          Date: 1-15-20

```
                        SUPERIOR COURT OF CALIFORNIA
                            COUNTY OF LOS ANGELES
NO. SA101044                                          PAGE NO.  1
THE PEOPLE OF THE STATE OF CALIFORNIA     VS.         CURRENT DATE 01/15/20
DEFENDANT 01:  MICHAEL ALLEN SLAWSON
LAW ENFORCEMENT AGENCY EFFECTING ARREST: CULVER CITY POLICE DEPT.

BAIL: APPEARANCE  AMOUNT    DATE      RECEIPT OR   SURETY COMPANY    REGISTER
       DATE       OF BAIL   POSTED    BOND NO.                       NUMBER


CASE FILED ON 07/31/19.
 COMPLAINT FILED, DECLARED OR SWORN TO CHARGING DEFENDANT WITH HAVING
COMMITTED, ON OR ABOUT 07/20/19 IN THE COUNTY OF LOS ANGELES, THE FOLLOWING
OFFENSE(S) OF:
    COUNT 01: 422(A) PC FEL
   PCUBILLAS
NEXT SCHEDULED EVENT:
  08/29/19    830 AM   ARRAIGNMENT    DIST AIRPORT COURTHOUSE DEPT W30




ON 08/29/19 AT   830 AM   IN AIRPORT COURTHOUSE DEPT W30

CASE CALLED FOR ARRAIGNMENT
PARTIES: KEITH L. SCHWARTZ (JUDGE)   STACEY ENSLEY   (CLERK)
              MARCY KNOBEL   (REP)      LILY EASTER KEENAN   (DA)
DEFENDANT DEMANDS COUNSEL.
COURT REFERS DEFENDANT TO THE PUBLIC DEFENDER.
PUBLIC DEFENDER APPOINTED.  MARCUS HUNTLEY - P.D.
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY MARCUS HUNTLEY DEPUTY PUBLIC
   DEFENDER
DEFENDANT STATES HIS/HER TRUE NAME AS CHARGED.
A COPY OF THE COMPLAINT AND THE ARREST REPORT GIVEN TO DEFENDANTS COUNSEL.
DEFENDANT WAIVES ARRAIGNMENT, READING OF COMPLAINT, AND STATEMENT OF
  CONSTITUTIONAL AND STATUTORY RIGHTS.
DEFENDANT WAIVES FURTHER ARRAIGNMENT.
DEFENDANT PLEADS NOT GUILTY TO COUNT 01, 422(A) PC.
THE COURT ORDERS A PRE-PLEA REPORT PURSUANT TO PENAL CODE SECTION 1203.7.
THE DEFENDANT'S COUNSEL DOES NOT CONSENT TO A PRE-PLEA INTERVIEW.
   COURT ORDERS AND FINDINGS:
   -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
   -DO NOT USE OF POSSESS ANY FIREARMS, HANDGUNS, RIFLES,

   SHOT GUNS.
   .
   -STAY AWAY FROM MARTIN B RETTING.
   .
   -STAY AWAY FROM MORGAN DREW.
   .
   TCIS ENTRY BY S. ENSLEY
WAIVES STATUTORY TIME.
NEXT SCHEDULED EVENT:
10/11/19    830 AM  PRELIMINARY HEARING   DIST AIRPORT COURTHOUSE DEPT W31
DAY 10 OF 10

CUSTODY STATUS: RELEASED ON OWN RECOGNIZANCE


ON 10/11/19 AT   830 AM   IN AIRPORT COURTHOUSE DEPT W31

CASE CALLED FOR PRELIMINARY HEARING
PARTIES: KEITH L. SCHWARTZ (JUDGE)  JAMES DITTMER   (CLERK)
```

```
CASE NO. SA101044                                    PAGE NO.    2
DEF NO.  01                                          DATE PRINTED 01/15/20
                 MARCY KNOBEL       (REP)  MARI FAGEL HENDERSON  (DA)
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY MARCUS HUNTLEY DEPUTY PUBLIC
   DEFENDER
   60 DAY TIME WAIVER IS TAKEN, AND COUNSEL JOINS.
   COURT ORDERS AND FINDINGS:
   -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
WAIVES STATUTORY TIME.
NEXT SCHEDULED EVENT:
   11/22/19   830 AM   PRELIM SETTING/RESETTING   DIST AIRPORT COURTHOUSE DEPT
      W31
DAY 00 OF 10

CUSTODY STATUS: DEFENDANT REMAINS ON OWN RECOGNIZANCE


ON 11/22/19 AT   830 AM   IN AIRPORT COURTHOUSE DEPT W31

CASE CALLED FOR PRELIM SETTING/RESETTING

PARTIES: YVETTE VERASTEGUI (JUDGE)  JAMES DITTMER   (CLERK)
                KITTY FULTON        (REP)  KEVIN HALLIGAN   (DA)
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY MARCUS HUNTLEY DEPUTY PUBLIC
   DEFENDER
   COURT ORDERS AND FINDINGS:
   -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
NEXT SCHEDULED EVENT:
   01/14/20   830 AM   PRELIMINARY HEARING   DIST AIRPORT COURTHOUSE DEPT W31
DAY 10 OF 10

CUSTODY STATUS: DEFENDANT REMAINS ON OWN RECOGNIZANCE


ON 01/14/20 AT   830 AM   IN AIRPORT COURTHOUSE DEPT W31

CASE CALLED FOR PRELIMINARY HEARING
PARTIES: YVETTE VERASTEGUI (JUDGE)  JAMES DITTMER   (CLERK)
                KITTY FULTON  (REP)     STEPHEN R. HODGES   (DA)
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY MARCUS HUNTLEY DEPUTY PUBLIC
   DEFENDER
COURT ORDERS COMPLAINT DEEMED AMENDED TO ALLEGE COUNT 01 AS A MISDEMEANOR

   PURSUANT TO 17B (1-5) OF THE PENAL CODE AND COUNT SHALL PROCEED AS A
   MISDEMEANOR.
DEFENDANT PLEADS NOT GUILTY TO COUNT 01, 422(A) PC.
   COURT ORDERS AND FINDINGS:
   -STAY AWAY FROM AND HAVE NO CONTACT WITH THE BUSINESS AND/OR
     VICTIM IN THIS CASE.
   -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
   DEFENDANT WAIVES READING OF THE COMPLAINT AND ENTERS A
   NOT GUILTY PLEA.
   .
   MOTION TO EXCLUDE WITNESSES IS GRANTED.
   .
   ON THE PEOPLE'S MOTION, OFFICER  JANE,
   IS DESIGNATED AS INVESTIGATING OFFICER, AND REMAINS IN THE
   COURTROOM SEATED AT COUNSEL TABLE.
```

```
CASE NO. SA101044                               PAGE NO.   3
DEF NO.  01                                     DATE PRINTED 01/15/20
```

.
  PEOPLE'S WITNESSES SWORN AND EXAMINED: MORGAN DREW.
.
  PEOPLE REST. NO AFFIRMATIVE DEFENSE. BOTH SIDES REST.
.
  DEFENDANT'S MOTION TO DISMISS DUE TO THE INSUFFICIENCY OF THE
  EVIDENCE IS DENIED.
.
  DEFENDANT'S MOTION TO REDUCE PURSUANT TO PENAL CODE 17(B) IS
  GRANTED.
.
  DEFENDANT IS RE-ARRAIGNED, ENTERS A PLEA OF NOT GUILTY, DENIES
  ANY AND ALL ALLEGATIONS, AND RESERVES ALL MOTIONS.
WAIVES STATUTORY TIME.
NEXT SCHEDULED EVENT:
02/19/20   830 AM   PRETRIAL HEARING   DIST AIRPORT COURTHOUSE DEPT W72
DAY 00 OF 45

CUSTODY STATUS: DEFENDANT REMAINS ON OWN RECOGNIZANCE.


01/15/20


I HEREBY CERTIFY THIS TO BE A TRUE AND CORRECT COPY OF THE ELECTRONIC DOCKET
ON FILE IN THIS OFFICE AS OF THE ABOVE DATE.
SHERRI R. CARTER ,EXECUTIVE OFFICER/CLERK OF SUPERIOR COURT, COUNTY OF LOS
ANGELES, STATE OF CALIFORNIA
BY _____, DEPUTY



**POLICE DEPARTMENT**

# CITY OF CULVER CITY

INVESTIGATIONS BUREAU

(310) 253-6300
FAX (310) 253-6115

**SCOTT BIXBY**
Chief of Police

July 24, 2019

Michael Allen Slawson
5 Broken Bow Lane
Rolling Hills, CA 90274

Re:  Culver City Police Department report #19-3878.

Please be advised that a criminal complaint has been filed, charging you with a violation of Section 422(a) of the California Penal Code – **Criminal Threats, a Felony.**

It will be necessary for you to appear for arraignment at the Los Angeles Superior Court, 11701 S. La Cienega Blvd, Los Angeles, California 90045 on **August 29, 2019 at 8:30 a.m. in Department 30 (3rd floor) or Department 72 (7th floor).** On your court date, please refer to the courthouse lobby monitors, located near the elevators, for courtroom assignment.

To avoid inconvenience to you, please appear promptly at the time and place indicated. Failure to do so will result in the issuance of a warrant for your arrest.

If you have any questions please me at (310) 253-6311, Tuesday through Friday, 6:00 a.m. to 4:00 p.m.  For general courthouse information regarding your case, you may contact the LAX Courthouse directly (310-725-3099 for Misdemeanor cases; 310-725-3025 for felony cases.)

Cordially,

Detective Derek Scharlin
Detective Bureau

cc:    District Attorney
       Los Angeles Superior Court, Airport Court
       fCCPD Records

4040 DUQUESNE AVENUE    •    CULVER CITY    •    CALIFORNIA    •    90232-2882